1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SANTY THAMMAVONG,                          1:06-CV-1836 AWI WMW HC

12              Petitioner,

13       vs.                                    ORDER GRANTING MOTION TO
                                                PROCEED IN FORMA PAUPERIS
14   D. K. SISTO, et al.,
                                                (DOCUMENT #8)
15
                Respondent.
16   _____/

17          Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

18   28 U.S.C. § 2254.

19          Petitioner has filed a certified copy of petitioner's prison trust account statement.

20   Examination of these documents reveals that petitioner is unable to afford the costs of this action.

21   Accordingly, the petitioner is GRANTED in forma pauperis status.  See 28 U.S.C. § 1915.

22   IT IS SO ORDERED.

23   **Dated:    February 22, 2007**              /s/  William M. Wunderlich
     bl0dc4                                    UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28